UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:01CR128LAC

BRIAN S. WIGGINS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 13, 2005
Motion/Pleadings: MOTION TO CORRECT OR MODIFY SENTENCE

Filed by DEFENDANT, PRO SE          on 4/25/05          Doc.# 92
RESPONSES:
BY GOVERNMENT                       on 5/10/05          Doc.# 93


WILLIAM M. McCOOL, CLERK OF COURT

                                        /s/ Mary Maloy-Wells
LC (1 OR 2)                             Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of May, 2005, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant attempts to raise a* Booker *objection to his sentencing.* United States v. Booker, *___U.S.___, 125 S.Ct. 738 (2005), 205 WL 50108(2005).  The Eleventh Circuit has concluded that neither* Booker *nor* Blakely v. Washington, *___U.S.___, 124 S.Ct. 2531 (2004), 159 L.Ed. 2d 403 (2004) applies retroactively to cases on collateral review.*

                                        *s/L.A. Collier*
Entered On Docket: _____ By: __    ***LACEY A. COLLIER***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP   *United States District Judge*
Copies sent to:_____


Document No.